UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED BY ___ D.C.
JUN 03 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RICHARD RALPH MALCOLM,

    PLAINTIFF

VS.

JHANIER KEITH JAMES,

NOWTECH ACADEMY,

    DEFENDANTS

## COMPLAINT

I, Richard Ralph Malcolm, plaintiff entered into a binding contract with Jhanier K. James and Nowthech Academy on or about November 2021. The parties were to pay me $16,000 for a loan owed and $65,000 for a 2017 Porsche Panamera on or before 3/30/2022. The parties have failed to comply with the terms of the said contracts and this law suit is the only recourse. Enclosed is a copy of the contracts that I now seek to enforce. I now seek 1 million dollars for fraud, loss of income, mental distress, and breach of contract.

Richard Ralph Malcolm

10030 SW 8 st, Pembroke Pines

FL 33025

786-916-1222

Richardmalcolms76@gmail.com